# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MALIBU MEDIA, LLC,

      Plaintiff,

v.                                  CASE NO. 4:12cv336-RH/CAS

DI SUN, JOSEPH DEWISE, MARK
HILLER, and JOHN DOES 1-6, 8-9, 11,
and 14-15,

      Defendants.

_____/

## ORDER GRANTING LEAVE TO FILE A REPLY MEMORANDUM

The defendant Joseph Dewise's unopposed motion, ECF No. 30, to extend the deadline for filing a reply memorandum in support of his motion to dismiss is treated as a motion for leave to file a reply memorandum and is GRANTED. Mr. Dewise may file by January 14, 2013, a reply memorandum of not more than eight pages.

SO ORDERED on January 4, 2013.

                                              s/Robert L. Hinkle
                                              United States District Judge