IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                 CASE NO. 4:12cv336-RH/CS

JOHN DOES 1 – 15,

    Defendants.

_____/

## ORDER CLOSING THE FILE

      The plaintiff filed its complaint against 15 defendants denominated John Doe 1 through John Doe 15. The plaintiff filed an amended complaint against 14 of the same defendants, dropping all claims against John Doe 12. The plaintiff now has filed a notice of voluntary dismissal without prejudice of the claims against the 14 defendants included in the amended complaint. ECF No. 36. The plaintiff's filings are effective to dismiss the case without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th

Cir. 2012). This order confirms that the case has been dismissed without prejudice. The clerk must close the file.

SO ORDERED on February 22, 2013.

s/Robert L. Hinkle
United States District Judge
